The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>                    v.<br><br>REGINA HUNT,<br><br>                    Defendant. | NO. CR15-00054-RAJ<br><br>DISCOVERY PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Stipulation for Entry of a Discovery Protective Order submitted by the United States of America and Defendant Regina Hunt, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1.      This Protective Order governs all Grand Jury transcripts for the testimony of lay witnesses that are produced by the government in discovery in the above captioned case (the "Protected Material").

2.      The United States will make available copies of the Protected Material to defense counsel to comply with the government's discovery obligations.  Possession of copies of the Protected Material is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as members of the "defense team").

DISCOVERY PROTECTIVE ORDER
*United States v. Regina Hunt, CR15-00054-RAJ* - 1

3.      The attorneys of record and members of the defense team may display and review the Protected Material with the Defendant.  The attorneys of record and members of the defense team acknowledge that providing copies of the Protected Material to the Defendant and other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to the Defendant or other persons.

4.      The United States Attorney's Office for the Western District of Washington is similarly allowed to display and review the Protected Material with lay witnesses, but is otherwise prohibited from providing copies of the Protected Material to lay witnesses, i.e., non-law enforcement witnesses.

5.      Nothing in this order should be construed as imposing any discovery obligations on the government or the Defendant that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

6.      Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not entitle either party to seal their filings as a matter of course.  The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

7.      The provisions of this Order shall not terminate at the conclusion of this prosecution.

//

//

//

//

//

DISCOVERY PROTECTIVE ORDER
*United States v. Regina Hunt, CR15-00054-RAJ* - 2

1    8.    Any violation of any term or condition of this Order by the Defendant, her

2    attorney(s) of record, any member of the defense team, or any attorney for the United

3    States Attorney's Office for the Western District of Washington may lead to monetary or

4    other sanctions as deemed appropriate by this Court, including contempt of court.  If the

5    Defendant violates any term or condition of this Order, the United States reserves its right

6    to seek a sentencing enhancement for obstruction of justice, or to file any criminal

7    charges relating to the Defendant's violation.

8

9    DATED this 9th day of June, 2015.

10

11

12   _____

13   The Honorable Richard A. Jones
     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISCOVERY PROTECTIVE ORDER
*United States v. Regina Hunt, CR15-00054-RAJ - 3*