Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-054-RAJ |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| REGINA KAY HUNT, | |
| Defendant. | |

THE COURT has considered the stipulated motion filed by the parties requesting a continuance of the trial date.

In light of the circumstances that are presented in the motion, and after hearing from counsel and the defendant at a hearing conducted on June 16, 2015, and considering the waiver of speedy trial executed by Defendant, the Court finds as follows:

1. That a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv);

2. That the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i);

3. That this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii);

1    4.    That the ends of justice will be served by ordering a continuance in this
2 case, that a continuance is necessary to ensure adequate time for effective case
3 preparation, and that these factors outweigh the best interests of the public and the
4 Defendant in a speedy trial.
5        Accordingly, THE COURT ORDERS that the Stipulated Motion to Continue Trial
6 Date (Dkt. #14) is GRANTED.  The trial date is continued from June 29, 2015 to
7 August 10, 2015, at 9:00 a.m.  All pretrial motions, including motions in limine, shall be
8 filed no later than July 9, 2015.
9        IT IS FURTHER ORDERED that the period of time from the date of this Order
10 until the new trial date of August 10, 2015, shall be excludable time pursuant to the
11 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).
12       DATED this 19th day of June, 2015.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order Continuing Trial Date/Regina Hunt - 2
(15-54-RAJ)