Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-054RAJ |
| Plaintiff, | |
| v. | ORDER |
| REGINA KAY HUNT, | |
| Defendant. | |

THE COURT, having considered the Government's motion to exclude witnesses or, in the alternative, to continue the trial date, and having heard from the parties at a hearing conducted on this date, finds as follows:

1.  Based on the limited information available at this time, it is premature for the court to make a ruling on the motion to exclude witnesses and therefore the court RESERVES ruling on that portion of the motion.

2.  That a failure to grant a continuance of the trial date would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv);

3.  That the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i);

4.  That the issues that have arisen are sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii);

5. That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

Accordingly, THE COURT ORDERS that the Government's Motion to Exclude Witnesses is RESERVED and the Government's Motion to Continue Trial Date is GRANTED.  The trial date is continued from August 31, 2015 to November 2, 2015. Defendant has indicated on the record that she will file a speedy trial waiver through the new trial date.

IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of November 2, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER ORDERED that the parties shall appear at a status conference on September 24, 2015 at 9:00 a.m., at which time the court will also conclude the pretrial conference in this matter.

DATED this 14th day of August, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge