Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-054RAJ |
| Plaintiff, | |
| v. | ORDER |
| REGINA KAY HUNT, | |
| Defendant. | |

THE COURT, having heard from the parties at a hearing conducted on this date, finds as follows:

1. That a failure to grant a continuance of the trial date would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv);

2. That the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i);

3. That the issues that have arisen are sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii);

4. That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

Order - 1

1         Accordingly, THE COURT ORDERS that Defendant's oral motion to continue the trial date in this matter is GRANTED.  The trial date is continued from November 2, 2015 to February 22, 2016, at 9:00 a.m.  The court has accepted Defendant's oral waiver of speedy trial.

         IT IS FURTHER ORDERED that the parties shall comply with the following deadlines:

    1. Defendant shall provide to the Government a written summary of any testimony that the Defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial, together with any results or reports prepared by the expert no later than November 13, 2015.

    2. The Government shall notify the Court and Defendant whether the Government intends to seek an evaluation of Defendant under Rule 12.2(c)(1)(B) no later than November 30, 2015.

    3. The Government shall provide its expert report(s) (if any) to Defendant no later than January 11, 2016.

    4. All pretrial motions related to the issue of Defendant's defense of diminished capacity shall be filed no later than January 25, 2015.

         IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of February 22, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

         IT IS FURTHER ORDERED that the parties shall appear at a status conference on November 30, 2015 at 9:00 a.m.

         DATED this 7th day of October, 2015.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order - 2