Hon. Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   2:15-CR-00054 RAJ |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| REGINA HUNT, | |
| Defendant. | |

Having considered Defendant's Motion to Continue in the above captioned case, which was filed under seal, and the Defendant's Motion to Seal requesting that the Motion to Continue be allowed to remain under seal, and finding good cause,

It is hereby ORDERED that Defendant's Motion to Seal (Dkt. #43) is GRANTED.  Defendant's Motion to Continue Trial Date and Supplement to Motion to Continue Trial Date, filed under Dkt. ##44 and 45, shall remain sealed.

DATED this 22nd day of February, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL- 1

The Crowley Law Firm, P.L.L.C.
Grand Central Building
216 First Avenue S., Suite 204
Seattle, Washington  98104
Tel (206) 625-7500♦ Fax (206) 625-1223