Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-054RAJ |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE |
| REGINA KAY HUNT, | |
| Defendant. | |

THE COURT, having considered Defendant's Motion to Continue Trial Date and supporting documentation thereto, and having considered the Government's non-opposition, finds as follows:

1. That the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i); and

2. That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

Accordingly, THE COURT ORDERS that Defendant's Motion to Continue Trial Date (Dkt. #44) is GRANTED.  The trial date is continued from March 7, 2016 to Tuesday, April 19, 2016, at 9:00 a.m.  The court finds that Defendant is not available to provide a speedy trial waiver, but that the ends of justice necessitate a continuance.

1    IT IS FURTHER ORDERED that the period of time from the date of this Order
2 until the new trial date of April 19, 2016, shall be excludable time pursuant to the Speedy
3 Trial Act, 18 U.S.C. § 3161(h)(7)(A).
4    IT IS FURTHER ORDERED that the pretrial conference, previously set for
5 February 26, 2016 at 4:00 p.m. is STRICKEN.  The parties are directed to appear at a
6 pretrial conference on Friday, April 8, 2016 at 9:00 a.m.
7    IT IS FURTHER ORDERED that the parties shall submit trial briefs, proposed
8 jury instructions, and proposed voir dire no later than noon on April 7, 2016.
9    DATED this 23rd day of February, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge