Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-054-RAJ |
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| REGINA KAY HUNT, | |
| Defendant. | |

The government's Unopposed Motion to Dismiss Indictment Without Prejudice (Dkt. #48) is hereby GRANTED.  Pursuant to Fed. R. Crim. Proc. 48(a), the Indictment against Defendant Regina Kay Hunt is hereby dismissed without prejudice.

DATED this 8th day of April, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING
INDICTMENT WITHOUT PREJUDICE
*US v. HUNT* – (CR15-054-RAJ) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970